WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Thomas F. Quinn, Esq. (3063)
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800
Fax: (973) 624-0799
**Attorneys for Defendant The Hotel Corporation of the Bahamas d/b/a Radisson Cable Beach Gold and Casino Resort**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN SPANO and EDWARD SPANO, | Case No. 05-6039 (AET) |
| PLAINTIFFS, | Civil Action |
| v. | |
| THE MYERS GROUP, THE HOTEL CORPORATION OF THE BAHAMAS d/b/a RADISOON CABLE BEACH GOLF AND CASINO RESORT, RADISSON HOTEL CORPORATION, RADISSON HOTELS INTERNATIONAL, INC., CARLSON HOSPITALITY GROUP, INC., CARLSON COMPANIES, INC. and CARLSON HOLDINGS, INC., | **NOTICE OF MOTION** <br><br> **VIA ELECTRONIC FILING** |
| Defendants. | |

**TO:**   Charles I. Richman, Esq.
2250 Chapel Avenue West, Second Floor
Cherry Hill, New Jersey 08022

**SIR:**

**PLEASE TAKE NOTICE,** that on **Friday, March 2, 2009** at **9:00 o'clock** in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant The Hotel Corporation of the Bahamas d/b/a Radisson Cable Beach Gold and Casino Resort, shall move pursuant to Local Civil Rule 7.1 before the United States District Court, District of New Jersey, for an Order vacating the Default Judgment entered against it and in favor of

1

Plaintiffs Joan Spano and Edward Spano, and finding that this Court does not have personal jurisdiction over Defendants.

In support of the within application, reliance shall be placed upon the annexed Brief in Support of Motion, and Affidavit of Sir Baltron Bethel.

A proposed form of Order is attached hereto pursuant to Local Civil Rule 7.1(e).

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendant The Hotel Corporation of the Bahamas d/b/a Radisson Cable Beach Gold and Casino Resort

By: */s/ Thomas F. Quinn*
Thomas F. Quinn (3063)
Wilson, Elser, Moskowitz, Edelman & Dicker
33 Washington Street
Newark, NJ 07102
Tel: (973) 624-0800
Fax: (973) 624-0808

Dated: February 13, 2009